O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAHALA FRANCHISE CORP, a Delaware corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>HYUN JUNG KIM,<br><br>             Defendants. | Case No. CV 10-04001 DDP (VBKx)<br><br>**ORDER RE: CONTEMPT**<br><br>[Motions filed on 12/8/10 and 3/4/11] |

   On November 12, 2010 this court entered judgment against defendant Hyn Jung Kim. (Dkt. No. 30.) This court also entered a permanent injunction against Defendant, enjoining him from utilizing the trademarks, trade name, trade dress, service mark, and methods associated with Surf City Squeeze. (Id.) Defendant was to have complied with the injunction by November 26th, 2010. The court further ordered Defendant to pay lost royalties and attorneys' fees and costs. (Id.)

   It appears to the court that Defendant Hyun Jung Kim is in violation of the court's judgment. Defendant continues to operate under Surf City Squeeze marks and hold himself out to the public as a Surf City Squeeze Franchisee. (Exhibit 1 to Plaintiff's Motion

1 for an Order to Show Cause why Defendant Should not be Held in
2 Contempt of Court; Dkt. No 39).  The court therefore finds
3 defendant in civil contempt.
4     Defendant is ordered to pay a coercive fine of $200 per day
5 until such time as Defendant complies with all non-monetary
6 provisions of the court's November 12, 2010 judgment, including de-
7 identification as a Surf City Squeeze franchisee.  Defendant shall
8 have five days from the date of this order in which to purge his
9 contempt before the coercive fine takes effect.  Defendant's
10 failure to comply with this order may result in further sanctions,
11 including imprisonment.

15 IT IS SO ORDERED.

18 Dated: August 26, 2011

　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　United States District Judge

2